MAILED TO COUNSEL 4/30

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JACKSON SIKAYENA,

              Plaintiff,          07 Civ. 10573 (LAP)

  -v.-                                       ORDER

NEW YORK CITY TRANSIT AUTHORITY &
TWU LOCAL 100 REPS,

              Defendants.
------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

    In light of the stipulation agreed to by Plaintiff on the record today, all claims against Defendant TWU Local 100 Reps are hereby dismissed and its motion to dismiss [dkt. no. 6] is hereby DENIED as moot.

SO ORDERED:

DATED:    New York, New York
          April 30, 2008

                                        _____
                                        LORETTA A. PRESKA, U.S.D.J.