```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JACKSON SIKAYENA,                   :
                                    :
                    Plaintiff,      :          ORDER
                                    :
      -against-                     :    07 Civ. 10573 (LAP)(MHD)
                                    :
NEW YORK CITY TRANSIT AUTHORITY,    :
                                    :
                    Defendant.      :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a pretrial conference has been scheduled in the above-captioned action on **TUESDAY, JUNE 3, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
         May 19, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mr. Jackson Sikayena
45-67 West Tremont Avenue #6J
Bronx, NY 10453

Carol Sharpe, Esq.
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201