```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JACKSON SIKAYENA,                   :
                                    :
              Plaintiff,            :      ORDER
                                    :
      -against-                     :      07 Civ. 10573 (LAP)(MHD)
                                    :
NEW YORK CITY TRANSIT AUTHORITY,    :
                                    :
              Defendant.            :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 6/5/08]

A pre-trial conference having been held with plaintiff <u>pro se</u> and defendant's counsel June 3, 2008,

It is hereby **ORDERED** as follows:

1. Defendant is to serve its intial document requests and interrogatories by no later than **June 13, 2008**.

2. All discovery is to be completed by **August 29, 2008**.

3. Any potentially dispositive motion must be served by **September 30, 2008.**

4. The parties are to submit a joint pre-trial order by **October 15, 2008** unless a potentially dispositive motion is pending. To accomplish this, plaintiff is to provide to defendants' attorney by **September 16, 2008** a list of his claims, his contentions of fact, a list of his expected trial witnesses

and his trial exhibits. Defendants' attorney is to provide the equivalent information to plaintiff by **September 30, 2008**. Defendants' attorney is to meet with plaintiff by no later than **October 7, 2008** to attempt to agree on any stipulations of fact and admissibility. Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order, its signing by both sides, and its submission to the court.

DATED:   New York, New York
         June 4, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Mr. Jackson Sikayena
45-67 West Tremont Avenue #6J
Bronx, NY 10453

Carol Sharpe, Esq.
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201

2