UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JACKSON SIKAYENA,
                                    :
            Plaintiff,                      **ORDER**
                                    :
      -against-                             **07 Civ. 10573 (LAP)(MHD)**
                                    :
NEW YORK CITY TRANSIT AUTHORITY,
                                    :
            Defendant.
                                    :
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

      It is hereby

      **ORDERED** that a discovery conference has been scheduled in the above-captioned action on **WEDNESDAY, SEPTEMBER 17, 2008 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.


**Dated:** New York, New York
       September 5, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Jackson Sikayena
45-67 West Tremont Avenue #6J
Bronx, NY 10453

Carol Sharpe, Esq.
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201